```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CENTURY INDEMNITY COMPANY,     )
ET AL.,                        )
     Appellants,               )   Civil Action No. 09-1184
                               )
          v.                   )   Procedural Order for
                               )     Bankruptcy Appeals
TRAVELERS CASUALTY AND         )
SURETY COMPANY, ET AL.,        )
     Appellees.                )
```

ORDER

The above action seeks review of a decision by the United States Bankruptcy Court for the Western District of Pennsylvania.  In accordance with Bankruptcy Rules 8009 and 8010, IT IS HEREBY ORDERED that the parties shall proceed as follows:

(1)    The appellant shall serve and file their brief by September 23, 2009;

(2)    The appellees shall serve and file their brief by October 8, 2009;

(3)    The appellant may serve and file a reply brief by October 19, 2009;

(4)    No extensions of time will be permitted without order of the Court.

                                   BY THE COURT:


                                   s/Gary L. Lancaster
                                   Gary L. Lancaster,
                                   United States District Judge


Dated:  September 4, 2009

cc:  All parties of record