IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CENTURY INDEMNITY COMPANY, *et al.*, <br><br> Appellants, <br><br> v. <br><br> TRAVELERS CASUALTY & SURETY COMPANY, *et al.*, <br><br> Appellees. | Civil Action No. 09-01184 |

### ORDER EXCUSING PARTIES FROM PARTICIPATING IN ALTERNATIVE DISPUTE RESOLUTION PROGRAM

AND NOW, upon consideration of the Motion to Excuse Parties from Participating in Alternative Dispute Resolution Program, it is hereby ORDERED that, notwithstanding the September 11, 2009 issuance of the "Notice" (Doc. No. 10) designating the above-captioned matter to the Alternative Dispute Resolution program (the "ADR Program") established pursuant to Local Rule 16.2, the parties to the above-captioned matter are excused from participating in the ADR Program and shall have no obligation whatsoever to comply with the terms of said "Notice." IT IS FURTHER ORDERED that appellants' Motion to Refer Case to Mediation and Stay Briefing Schedule (doc #26) is DENIED.

Dated: 9/29/09

Gary L. Lancaster
United States District Judge