IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CENTURY INDEMNITY COMPANY,　)
ET AL.,　　　　　　　　　　　　)
　　　　　Appellants,　　　　　　)
　　　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　　　)　Civil Action No. 09-1184
　　　　　　　　　　　　　　　　)
TRAVELERS CASUALTY AND SURETY　)
COMPANY, ET AL.,　　　　　　　　)
　　　　　Appellees.　　　　　　 )

## ORDER

AND NOW this 19th day of July, 2010, upon consideration of the parties' Stipulation for Stay of Appeal [doc. no. 44], wherein the parties request a stay of the instant Bankruptcy Appeal until a Confirmation Order is entered as a Final Order with respect to the Modified Third Amended Plan of Reorganization, as amended, IT IS HEREBY ORDERED THAT the Clerk of Court is directed to mark this case ADMINISTRATIVELY CLOSED.

Nothing contained in this order shall be considered a dismissal or disposition of this matter, and should further proceedings in this matter become necessary in accordance with either of the contingencies set forth in the Stipulation, Century may initiate such proceedings in the same manner as if this order had not been entered.

BY THE COURT:

_____,C.J.

cc:　　All Counsel of Record